**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DOMINYKA NETCHIOUNAS,

        Plaintiff,                       CASE NO. 8:10-cv-02190-JDW-AEP

v.

GLOBAL CREDIT & COLLECTION
CORPORATION,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, DOMINYKA NETCHIOUNAS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ James Pacitti_____
    James Pacitti (FBN: 119768)
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd, Suite 401
    Los Angeles, CA 90025
    Phone: (323) 988-2400 x 230
    jpacitti@consumerlawcenter.com
    Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 18, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

mailed to Martin Schannong, Attorney for Defendant, by the Court's CM/ECF system.

    Carlson & Messer, LLP
    5959 West Century Blvd.
    Suite 1214
    Los Angeles, CA 90045


                                 <u>/s/ James Pacitti</u>
                                 James Pacitti
                                 Attorney for Plaintiff