UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOMINYKA NETCHIOUNAS,

    Plaintiff,                                  CASE NO. 8:10-cv-02190-JDW-AEP

v.

GLOBAL CREDIT & COLLECTION
CORPORATION,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

DOMINYKA NETCHIOUNAS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GLOBAL CREDIT & COLLECTION CORPORATION (Defendant), in this case.

                                                RESPECTFULLY SUBMITTED,

                                           By: /s/ James D. Pacitti_____
                                               James D. Pacitti, Esq.
                                               FBN: 119768
                                               Krohn & Moss, Ltd
                                               10474 Santa Monica Blvd, Suite 401
                                               Los Angeles, CA 90025
                                               Phone: (323) 988-2400 x 230
                                               Fax: (866) 385-1408
                                               jpacitti@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was mailed to Martin Schannong, Attorney for Defendant, via the USPS.

    Carlson & Messer, LLP
    5959 West Century Blvd.
    Suite 1214
    Los Angeles, CA 90045

                                               /s/ James Pacitti
                                             James Pacitti
                                           Attorney for Plaintiff