## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DOMINYKA NETCHIOUNAS,**

        **Plaintiff,**

**vs.**                              **Case No. 8:10-CV-2190-T-27AEP**

**GLOBAL CREDIT & COLLECTION**
**CORPORATION,**

        **Defendant.**

_____/

### ORDER OF DISMISSAL

    **BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal (Dkt. 10).   In

accordance with the Notice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause is **DISMISSED**

with prejudice.  The Clerk is directed to **CLOSE** the case.

    **DONE AND ORDERED** in chambers this *13*ᵗʰ day of June, 2011.

                                      **JAMES D. WHITTEMORE**
                                      **United States District Judge**

Copies to: Counsel of Record